**JS-6**

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian (SBN 239349)
sd@hdmnlaw.com
Kevin Y. Jacobson (SBN 320532)
kj@hdmnlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

DEAN A. OLSON [Bar No. 126155]
dolson@clarkhill.com
MICHELLE JUDY DROEGER [Bar No. 151384]
mdroeger@clarkhill.com
CLARK HILL LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
(213) 891-9100
(213) 488-1178 (FAX)
Attorneys for Defendant
FCA US LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK AGUEROS, an individual<br><br>   Plaintiff,<br>vs.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. EDCV 19-01516-GW-KKx<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**ORDER OF DISMISSAL**<br><br>Discovery Cut-Off: March 6, 2020<br>Motion Cut-Off: May 4, 2020<br>Trial Date: June 16, 2020 |

-1-
**[PROPOSED] ORDER OF DISMISSAL**

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement terms and conditions of the settlement.

Dated: February 18, 2020

*George H. Wu*

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE